1  **McGLINCHEY STAFFORD**
2  Jeffrey R. Seewald (SBN 320818)
3  Zeeshan Iqbal (SBN 337990)
   18201 Von Karman Avenue, Suite 350
4  Irvine, California 92612
   Telephone:    (949) 381-5900
5  Facsimile:    (949) 271-4040
   Email:        jseewald@mcglinchey.com
                 ziqbal@mcglinchey.com

6  Attorneys for *Defendants* **CONSUMER PORTFOLIO SERVICES, INC.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID POOR and BERNADETTE POOR, | Case No.: |
| Plaintiff, | **CONSUMER PORTFOLIO SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| CONSUMER PORTFOLIO SERVICES, INC.; MILLENNIUM CAPITAL AND RECOVERY CORPORATION; ACCURATE ADJUSTMENTS, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL INTERESTED PARTIES**:

Pursuant to Federal Rule of Civil Procedure 7.1, *defendant* Consumer Portfolio Services, Inc. ("Defendant") respectfully submits this Corporate Disclosure Statement and states as follows: Consumer Portfolio Services, Inc. has no parent corporation.

1. Consumer Portfolio Services, Inc. is a publically traded corporation. There no publically traded corporations which own 10% or more of the stock of Consumer Portfolio Services, Inc. Pursuant to Federal Rule of Civil Procedure 7.1, *defendant* Consumer Portfolio Services, Inc. ("Defendant") respectfully submits this Corporate Disclosure Statement and states as follows:

DATED:  July 21, 2023            **McGLINCHEY STAFFORD**

                                 By:  */s/ Zeeshan Iqbal*
                                      JEFFREY SEEWALD
                                      ZEESHAN IQBAL
                                 Attorneys for *Defendants* **CONSUMER PORTFOLIO SERVICES, INC..**

1
**CORPORATE DISCLOSURE STATEMENT**

23689743.1