UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POOR and BERNADETTE POOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.; MILLENNIUM CAPITAL AND RECOVERY CORPORATION; ACCURATE ADJUSTMENTS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01475-TLN-JDP<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DEFENDANTS MILLENNIUM CAPITAL AND RECOVERY CORPORATION AND ACCURATE ADJUSTMENTS, INC. TO RESPOND TO COMPLAINT** |

　　　　The Court having considered the *Stipulation Extending Deadline for Defendants Millennium Capital and Recovery Corporation and Accurate Adjustments, Inc. to Respond to Complaint* (the "Stipulation") entered into between *plaintiffs* David Poor and Bernadette Poor ("Plaintiffs") and *defendants* Millennium Capital and Recovery Corporation and Accurate Adjustments, Inc. ("Defendants"), and good cause appearing therefor,

　　　　**IT IS ORDERED** that the Stipulation is **APPROVED**.

　　　　**IT IS FURTHER ORDERED** that Defendants shall have until **August 28, 2023**, to file a response to Plaintiffs' Complaint in this action.

　　　　**IT IS SO ORDERED**.

Dated:  August 4, 2023

_____
Troy L. Nunley
United States District Judge