**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID POOR and BERNADETTE POOR, | Case No.:  2:23-cv-01475-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO FURTHER EXTEND DEADLINE FOR DEFENDANTS MILLENNIUM CAPITAL AND RECOVERY CORPORATION AND ACCURATE ADJUSTMENTS, INC. TO RESPOND TO COMPLAINT** |
| CONSUMER PORTFOLIO SERVICES, INC.; MILLENNIUM CAPITAL AND RECOVERY CORPORATION; ACCURATE ADJUSTMENTS, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court having considered the *Stipulation to Further Extend Deadline for Defendants Millennium Capital and Recovery Corporation and Accurate Adjustments, Inc. to Respond to Complaint* (the "Stipulation") entered into between *plaintiffs* David Poor and Bernadette Poor ("Plaintiffs") and *defendants* Millennium Capital and Recovery Corporation and Accurate Adjustments, Inc. ("Defendants"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendants shall have until **September 11, 2023**, to file a response to Plaintiffs' Complaint in this action.

**IT IS SO ORDERED**.

Dated:  August 28, 2023

_____
Troy L. Nunley
United States District Judge